

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 25, 1939

Hon. Leo C. Buckley
County Attorney
Zapata County
Zapata, Texas

Dear Sir;

Opinion No. 0-859
Re: Fees to be charged by the county
clerk for the approval, recording
and filing of a notary public's
bond, including the fee due the
state.

Your request for an opinion on the following question has been received by this office. Your letter reads in part as follows:

"What is the correct fee to be charged by the County Clerk for the approval, recording and filing of a Notary Public's bond, including the fee due the state?"

Article 3930, Revised Civil Statutes, reads in part as follows:

"Clerks of the county court shall receive the following fees:

". . . .
"Approving notarial bond. . . . . . . $ .50
". . . .
"Recording all papers required or permitted by law to be recorded, not otherwise provided for, including certificate and seal, for each 100 words. . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
". . . .
"Qualifying a notary public. . . . . .50"

Article 3914, Revised Civil Statutes, reads in part as follows:

"The Secretary of State is authorized and required to charge for the use of the State the following other fees;

"....
"For each commission to every officer elected or appointed in this State, One ($1.00) Dollar."

Article 5951, Revised Civil Statutes, reads as follows:

"When a notary is appointed, the Secretary of State shall forward the commission to the county clerk of the county where the party resides. Said clerk shall immediately notify said party to appear before him within ten days, pay for his commission, and qualify according to law. If said party be absent from the county, or sick at the time of the reception of said commission by the clerk, he shall have ten days from his return to said county in which to appear and qualify."

Article 5953, Revised Civil Statutes, specifically provides that the notarial bond shall be recorded in the office of the county clerk.

Article 5952, Revised Civil Statutes, provides that the clerk receiving the commission shall endorse thereon the day on which notice was given, and, if the party pays the state fee for commission and qualifies according to law, the said clerk shall notify the secretary of state of his qualification, giving date of same, and remit the fee to said officer.

The above mentioned statutes specifically provide that the Secretary of State shall receive a one ($1.00) dollar fee for each commission issued to every officer elected or appointed in this state which includes a commission issued to a notary public, and that the county clerk shall receive a fee of fifty (50¢) cents for approving a notarial bond and fifty (50¢) cents for qualifying a notary public.

The statutes of this state do not provide for any certain or specific fee for the county clerk in recording notarial bonds. However, Article 3930, supra, provides that the county clerk shall receive ten (10¢) cents for each hundred words for recording all papers required or permitted by law to be recorded, not otherwise provided for, including certificate and seal. Under the provisions of this statute, the county clerk would be permitted to charge ten (10¢) cents for each hundred words for recording a notarial bond.

You are respectfully advised that it is the opinion of this department that the county clerk is entitled to charge one ($1.00) dollar for the commission of a notary public, which is to be remitted to the Secretary of State, and fifty (50¢) cents for administering the oath of office, fifty (50¢) cents for approving the bond and ten (10¢) cents per hundred words for recording the bond of a notary public.

Trusting that the foregoing answers your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By
(Signed) Ardell Williams
Assistant

AW:AW

APPROVED:

(Signed) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED

Opinion Committee
By R E X
Chairman